ANTHONY QUALTERE, PLAINTIFF, v. PATERSON, RIDGE-
WOOD AND WESTWOOD TRANSPORTATION COMPANY,
AND THOMAS ERLEWEIN, DEFENDANTS.

Decided December 24, 1931.

For the plaintiff, *Ward & McGinnis.*

For the defendants, *Holmwood & Creighton.*

MACKAY, C. C. J.   A careful examination of the testimony
and briefs leads me to the conclusion that the verdict is not
contrary to the weight of the evidence.   The verdict, how-
ever, is excessive.

Admitting for the purpose of the argument that the loss
of wages, medical bills, X-rays, &c., total $4,664, nevertheless
plaintiff was a laborer working for different concerns when-
ever he could get employment, and although at that time he
was earning $42 and quite often $49 a week, to-day the man
is receiving $25 a week compensation for this same kind of
work, providing he can find it.   It appears that the plaintiff
is employed in a temporary line of work, which is perhaps
a little different from what he had been doing and is not so
strenuous, but even if he were able to handle the old line of
work the salary would not be more than what he receives
at present.

Dr. Finke, after a careful and thorough examination, said
there was a seventy per cent. loss of hearing in the right ear,
that the bone induction or vibration was sixty per cent. bad
and forty per cent. good, and that Mr. Qualtere's equilibrium
is properly and perfectly maintained.   This was all the re-
sult of a very careful examination on the day of the trial

and cannot be used, for the purpose of comparison, with the testimony of Dr. Markowitz, who had not examined plaintiff since May 28th, 1931, a number of months before the trial.

I am of the opinion that the verdict is excessive to the extent of $5,000. If the plaintiff will consent to accept $15,000 within twenty days from the entry of the order hereunder, the rule to show cause will be discharged, otherwise it will be made absolute and a *venire facias* may issue.